```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 04 B 33939
   JEFFREY DEPOLO
   JACQUELINE DEPOLO                              CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4418      SSN XXX-XX-9188

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/14/04 and confirmed on 01/13/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14400.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL MORTGA | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL MORTGA | MORTGAGE ARRE | 7263.67 | 676.33 | 7263.67 |
| ASPIRE VISA | UNSECURED | 3071.35 | .00 | 871.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4639.70 | .00 | 1316.04 |
| CAPITAL ONE FINANCIAL | UNSECURED | 732.79 | .00 | 207.85 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 9778.28 | .00 | 2773.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 489.95 | .00 | 138.97 |
| KOHLS | UNSECURED | 478.83 | .00 | 135.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 288.16 | .00 | 81.74 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| ENDODONTIC & PERIODONTIC | UNSECURED | NOT FILED | .00 | .00 |
| BRASLEY FELDNER & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ACCOUNTS I | UNSECURED | NOT FILED | .00 | .00 |
| WELLGROUP HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVER PAYMENT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 95.67 | .00 | 27.14 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 952.83 | .00 | 270.27 |

```
         Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED       7263.67           .00      20527.56           .00      27791.23
PRINCIPAL PAID           7263.67           .00       5822.61           .00      13086.28
INTEREST PAID             676.33           .00            .00           .00        676.33
TOTAL PAID               7940.00           .00       5822.61           .00      13762.61
```

The Debtor's attorney, JOHN M BABBINGTON                     , was allowed $         .00
and was paid $         .00 .

The Trustee received $     637.39 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE